IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:18CV101 |
| | ) | (Financial Litigation Unit) |
| PAUL WORTHY, | ) | |
| Defendant. | ) | |

## ORDER

A default having been entered against Defendant (Doc. No. 6) and counsel for Plaintiff having requested judgment by default against Defendant and having filed a proper declaration all in accordance with Rule 55(a) and (b)(1) of the Federal Rules of Civil Procedure; Judgment by default is rendered in favor of Plaintiff, the United States of America, and against Defendant.

Signed: May 16, 2018

Graham C. Mullen
United States District Judge